FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 FEB 25 PM 2: 45
CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-035 |
| | ) | |
| JUSTIN PLUEGER | ) | |
| | ) | |

## ORDER ALLOWING WRIT TRANSFERRING TEMPORARY CUSTODY OF DEFENDANT TO THE RICHMOND COUNTY SHERIFF'S OFFICE

The United States, through Assistant United States Attorney, Henry W. Syms, Jr., has moved this Court for an order to allow the Richmond County Sheriff's Office to assume temporary custody of the defendant, Justin Plueger, from U.S. Marshals Service for the purpose of a sentencing hearing before the Superior Court of Richmond County on Thursday, February 27, 2020.

The Government's motion having been considered, **IT IS HERBY GRANTED**. **IT IS ORDERED** that the Richmond County Sheriff's Office shall assume temporary custody of the Defendant from the U.S. Marshals Service at the Lincoln County Detention Center, Lincolnton, Georgia, prior to the defendant's February 27, 2020, sentencing hearing. The Richmond County Sheriff's Office shall maintain custody of Defendant Plueger until the conclusion of the hearing at which point custody of Defendant Plueger shall be promptly returned to U.S. Marshals Service, in any event not later than 5:00 pm on Friday, February 28, 2020, at 5:00 pm. In no event shall

Defendant Plueger be released from the custody of the Richmond County Sheriff's Office, except to return him to the custody of the United States Marshall's Service.

SO ORDERED, this 25th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA