UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. CR119-035 |
| ) | |
| JUSTIN PLUEGER ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the instant Indictment and Superseding Indictment filed against the Defendant for the following reason: the Defendant was sentenced by agreement of the parties in the Superior Court of Richmond County (2020-RCCR-278) on February 27, 2020, to a sentence of 5 years' confinement for the conduct alleged in the instant Indictment and Superseding Indictment.

Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief

Henry W. Syms, Jr.
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This 2nd day of March, 2020.

J. RANDAL HALL
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA